UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA and ZOMETA PRODUCTS | ) | No. 3:06-MDL-01760 |
| LIABILITY LITIGATION | ) | Judge Campbell/Brown |
| (MDL No. 1760) | ) | |
| | ) | |
| This Document Relates to | ) | |
| Case No. 3:06-CV-0517 Tackett | ) | |

## O R D E R

Plaintiff's counsel has filed a suggestion of death (Docket Entry 7208) (member case Docket Entry 28).

Plaintiff's counsel has filed this notice improperly, as the record shows that the case was remanded by the MDL Panel on April 16, 2013 (Docket Entry 6577) (member case Docket Entry 27). This Court, therefore, has no jurisdiction to enter any further orders in this matter.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge